17-107

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RIVERSIDE CENTER SITE 5 OWNER LLC, RIVERSIDE CENTER 5 MEZZ LLC, EL AD RIVERSIDE LLC, RIVERSIDE CENTER 5 HOLDCO LLC, SILVERSTEIN RIVERSIDE HOODING COMPANY LLC, EL AD US HOLDING, INC., | ) | Docket No. 18-cv-11729 |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiffs, | ) | **ECF CASE** |
| -against- | ) | |
| LEXINGTON INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**IT IS HEREBY STIPULATED AND AGREED** by the Plaintiffs and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant **LEXINGTON INSURANCE COMPANY**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
January 2, 2019

**WEG AND MYERS, P.C.**

By: ______________________
Joshua L. Mallin, Esq.
*Attorneys for Plaintiffs*
Federal Plaza
52 Duane Street, 2nd Floor
New York, New York 10007
(212) 227-4210